FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0658

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0658

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

COLTER HELTON HENRY,

     Defendant and Appellant.

## ORDER GRANTING MOTION TO STRIKE

Counsel for Appellant Colter Henry has filed an Unopposed Motion to Strike D.C. Doc. 64, filed with this Court on April 15, 2024, as a violation of the Montana Rules of Appellate Procedure, Rule 8(6).

This Court, having found that the record below was complete on January 12, 2023 and that the process for correcting or modifying the record pursuant to the Montana Rules of Appellate Procedure was not followed, hereby grants Appellant's motion.

The Clerk of this Court is directed to remove D.C. Doc. 64 from the record on appeal in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 11 2024